## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

EMMANUEL SOTO-MONTES,      )
         )
     **Plaintiff,**      )
         )
v.      )      Case No. 16-3052-JAR-GEB
         )
CORIZON HEALTH, INC., et al.,      )
         )
     **Defendants.**      )
         )

## ORDER

This matter is before the Court on its prior order granting in part Plaintiff's motion to compel a medical malpractice screening panel (*see* Motion, ECF No. 41; Memorandum and Order, ECF No. 53; Order, ECF No. 42). Following resolution of a question regarding proper jurisdiction (Order, ECF No. 58), and disagreements regarding the composition of the screening panel (Order, ECF No. 42), on July 9, 2018, the Court convened a status conference to discuss the posture of the case and final composition of the panels. Plaintiff appeared through counsel, Anne M. Hull and Andrew Foulston. Defendants Corizon, Inc., T. Nicholson, and Deanna Morris appeared through counsel, Richard M. Acosta. Defendant Baseer A. Sayeed appeared through counsel, Anthony M. Singer. Defendant Gordon Harrod appeared through counsel, Sean D. Walsh. After discussion with counsel, the Court enters the following orders.

Under K.S.A. § 65-4901(a) and Kansas Supreme Court Rule 142, the Court formally appoints and convenes two screening panels with a single chair. One panel, consisting of licensed nurses, will evaluate the nursing care provided to Plaintiff by

defendants Nickelson and Morris. The appointed members of this nursing panel include: Jane McGuire, R.N.; Jennifer Kubin, R.N.; and Stephen Scott, R.N. (*see* Designations, ECF Nos. 65, 68, 70).

The other panel, consisting of licensed physicians, will evaluate the care provided by defendants Dr. Sayeed and Dr. Harrod. The appointed members of this physician panel include, in part: Tracy C. Ramsey, M.D.; Bryon McNeil, M.D.; and Curt D. Meinecke, M.D. (*see* Designations, ECF Nos. 66, 67, 69). The parties shall jointly designate a final physician panel member no later than **July 25, 2018**, and the joint designation must be filed with the Court by that same date.

Pursuant to K.S.A. § 65-4901(b), the Court hereby appoints John Gibson to serve as chairperson of the screening panels convened in this action. Mr. Gibson may be contacted at the following address and telephone number:

> Gibson Watson Marino LLC
> 301 North Main, Suite 1300
> Wichita, KS 67202
> Phone: 316-252-1559
> Email: john@gwmks.com

Aside from the necessary information provided by the parties as a part of the screening panel process, all other discovery in this matter is stayed for 90 days following entry of this order. A status conference is set for **Wednesday, October 10, 2018, at 10:00 a.m.** by telephone to discuss the status of the case and composition of the panel. All participants must **dial 888-363-4749** and enter **Access Code 9686294** to join the conference.

**IT IS SO ORDERED.**

Dated this 11th day of July, 2018.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
United States Magistrate Judge
